IN RE RESIGNATION OF MAURER.

[Cite as *In re Resignation of Maurer* (1996), 75 Ohio St.3d 1207.]

(No. 96–486—Submitted March 20, 1996—Decided March 27, 1996.)

The resignation as an attorney of Earl Hoak Maurer of Columbus, Ohio, Attorney Registration No. 0006694, is accepted.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.